IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 2 1 2009

DAVID J MALAND, CLERK
BY
DEPUTY BC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. 1:09-CR-10 |
| | * | Judge Heartfield |
| QUARTUS LAMAR PRATT | * | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT I

On or about the 24th day of April, 2008, in the Eastern District of Texas, QUARTUS LAMAR PRATT, Defendant herein, being an inmate of the Federal Correctional Complex, Beaumont, Texas, did knowingly and intentionally, in a manner other than simple assault, forcibly assault, resist, oppose, impede, and interfere with Senior Officer Specialist D. Hill, an employee of the United States, while the Officer was engaged in the performance of his official duties, by striking Officer Hill's chest with a closed fist and biting Officer Hill on the arm, in violation of Title 18, United States Code, Section 111.

A TRUE BILL

_____
GRAND JURY FOREPERSON

REBECCA A. GREGORY
United States Attorney

_____
DAVID H. HENDERSON
Assistant U.S. Attorney

A TRUE COPY I CERTIFY
DAVID A O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

By: _____ *BrendaCarter* _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. 1:09-CR- 10 |
| | * | |
| QUARTUS LAMAR PRATT | * | |

## NOTICE OF PENALTY

### COUNT I

Violation: 18 U.S.C. § 111

Penalty: Imprisonment for not more than 8 years, a fine not to exceed $250,000.00, or both. A term of supervised release of not more than three years.

Special Assessment: $100.00